

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-11-00405-CR

**RENE BANDA,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

_____

### From the County Court at Law No. 2
### McLennan County, Texas
### Trial Court No. 2010-4414-CR2

---

## MEMORANDUM  OPINION

---

Rene Banda appealed his conviction.  A motion to dismiss the appeal has now been filed.  Banda and his attorney personally signed the motion to dismiss.

Accordingly, the appeal is dismissed.  TEX. R. APP. P. 42.2(a).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Appeal dismissed
Opinion delivered and filed November 9, 2011
Do not publish
[CR25]